IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>LIQUID HOLDINGS GROUP, INC., *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 16-10202 (KG)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of Liquid Holdings Group, Inc. and Liquid Prime Holdings LLC,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH P. DAY REALTY CORP.,<br><br>Defendant. | Adversary. No. 18-50145<br><br>Re: Docket No. 11 |

**ORDER APPROVING**
**STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO COMPLAINT**

After considering the parties' stipulation to extend the time for the Defendant to answer or respond to the Complaint, it is hereby ORDERED that the Stipulation attached as **Exhibit 1** hereto is APPROVED, and the Defendant's time to answer or respond to the Complaint is hereby extended through and including July 13, 2018, without prejudice to any party seeking a further extension.

Date: June 18, 2018

BY THE COURT:

_____
The Honorable Kevin Gross
United States Bankruptcy Judge

---

[1] The Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: Liquid Holdings Group, Inc. (2142), Liquid Prime Holdings, LLC (2135). The address of the Debtors' corporate headquarters is 111 River Street, Ste. 1204, Hoboken, New Jersey 07030.

{N1299205.1}  1
2287713v2