## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| LIQUID HOLDINGS GROUP, INC., et al.,[1] | Case No. 16-10202 (KG) |
| | (Jointly Administered) |
| Debtors | |
| | |
| ALFRED T. GIULIANO, solely in his capacity as Chapter 7 Trustee for the jointly administered Chapter 7 bankruptcy estates of Liquid Holdings Group, Inc. and Liquid Prime Holdings, LLC, | Adversary No. 18-50154 (KG) |
| Plaintiff, | |
| v. | |
| JOSEPH P. DAY REALTY CORP., | |
| Defendant. | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Plaintiff hereby dismisses all claims in the above-captioned adversary proceeding without prejudice. An answer has not been filed.

*[signature page to follow]*

---

[1] The Debtors, along with the last four digits of each reorganized debtor's tax identification number, as applicable, are: Liquid Holdings Group, Inc. (2142), Liquid Prime Holdings, LLC (2135). The address of the Debtors' corporate headquarters if 111 River Street, Ste. 1204, Hoboken, New Jersey 07030.

2

Date:  July 10, 2018

GELLERT SCALI BUSENKELL & BROWN, LLC

By: */s/   Ronald S. Gellert*
Ronald S. Gellert (Del. Bar No. 4259)
1201 N. Orange St., Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
Fax: (302) 425-5814
E-mail: rgellert@gsbblaw.com

- *and* -

Michael B. Barnett
Ryan Foley
Mark Moedritzer
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
Fax: (816) 421-5547
E-mail: mbarnett@shb.com
E-mail:  rfoley@shb.com
E-mail:  mmoedritzer@shb.com

*Attorneys for Plaintiff*

2

8840465 v1